Jennifer S. Walsh, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda K. Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., and ROBERT G. DOWD, Jr., and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Melvin Glass, Movant, appeals the judgment denying his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Rebecca M. Rivers, Asst. Atty. Gen., Jefferson City, for Respondent.

Before CRANE, P.J., ROBERT G. DOWD, Jr., J. and SULLIVAN, J

## ORDER

PER CURIAM.

Kelly · Blassingame (Movant) appeals from the judgment denying her Rule 24.035 motion for post-conviction relief without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Kelly BLASSINGAME, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 76034.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 11, 2000.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for Appellant.

CHUMS, INC., Plaintiff/Respondent,

v.

ARNOLD MISSOURI CORPORATION, Defendant/Appellant.

No. ED 76029.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 1, 2000.

Alan S. Mandel, St. Louis, for appellant.

Edward J. Grewach, Troy, for respondent.